■ Two LINCOLN ADVISORY SERVICES, INC., Respondent, v JUNE Y. SHIELDS, Appellant. [741 NYS2d 432] —In an action to recover on a promissory note brought by motion for summary judgment in lieu of complaint pursuant to CPLR 3213, the defendant appeals from a judgment of the Supreme Court, Nassau County (Shifrin, R.), dated September 14, 2000, which, af-

ter a nonjury trial, is in favor of the plaintiff and against her in the principal sum of $24,077.15.

Ordered that the judgment is affirmed, with costs.

The Supreme Court properly awarded judgment to the plaintiff. The plaintiff established a prima facie case by submitting proof of the note and the defendant's default (*see J.L.B. Equities v Mind Over Money,* 261 AD2d 510; *RVC Assoc. v Farkas,* 261 AD2d 383; *Bella Food Corp. v Luigi's Italian Deli,* 243 AD2d 592; *Colonial Commercial Corp. v Breskel Assoc.,* 238 AD2d 539). The defendant failed to establish the affirmative defense of fraud in the inducement (*see Arbisser v Gelbelman,* 286 AD2d 693, 694; *National Union Fire Ins. Co. of Pittsburgh, Pa. v Christopher Assoc.,* 257 AD2d 1, 9; *Parkway Woods v Petco Enters.,* 201 AD2d 713; *Dunkin' Donuts v HWT Assoc.,* 181 AD2d 711).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, are without merit. O'Brien, J.P., Friedmann, H. Miller and Crane, JJ., concur.